# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**SELINA R. MILLER,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**NATIONAL BASKETBALL**     **CASE NO. C2-09-580**
**ASSOCIATION, et al.,**     **JUDGE EDMUND A. SARGUS, JR.**
                                                **MAGISTRATE JUDGE NORAH MCCANN KING**

    **Defendants.**

\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed July 28, 2009, JUDGMENT is hereby entered DISMISSING this action.**

Date: July 28, 2009                              JAMES BONINI, CLERK

                                                         */S/ Andy F. Quisumbing*
                                                          (By) Andy F. Quisumbing
                                                          Courtroom Deputy Clerk